■ In the Matter of STEPHANIE LEWIS, Petitioner, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION et al., Respondents. [2 NYS3d 353]—Determination of respondent New York State Division of Human Rights (DHR), dated October 17, 2012, that there was no probable cause that respondent New York Health and Hospitals Corporation (HHC) engaged in unlawful discriminatory practices against petitioner, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of Supreme Court, New York County [Manuel J. Mendez, J.], entered May 8, 2013), dismissed, without costs.

Although this proceeding was improperly transferred to this Court because respondent's determination was not made pursuant to an administrative hearing and a question of substantial evidence is therefore not raised, we nevertheless address the merits of the petition in the interest of judicial economy (see Matter of Trustees of Columbia Univ. v City of New York, 110 AD3d 467 [1st Dept. 2013]).

DHR's finding of no probable cause was rationally based and was not arbitrary and capricious (see Matter of McFarland v New York State Div. of Human Rights, 241 AD2d 108, 111 [1st Dept 1998]). Petitioner failed to demonstrate that her transfer from the Department of Medicine to the Department of Environmental Sciences, negative performance reviews or suspension were motivated by her medical disability or were in retaliation for her earlier complaint to DHR. Further, the record supports the negative performance reviews and suspension, and reveals that petitioner had requested the transfer.

Concur—Mazzarelli, J.P., Sweeny, Moskowitz, Clark and Kapnick, JJ.